1  RANDOLPH CREGGER & CHALFANT LLP
   Thomas A. Cregger, State Bar No. 124402
2  Wendy Motooka, State Bar No. 233589
   tac@randolphlaw.net
3  1030 G Street
   Sacramento, CA 95814
4  Telephone: (916) 443-4443
   Facsimile: (916) 443-2124
5
   Attorneys for Defendant
6  BNSF RAILWAY COMPANY

7  HILDEBRAND, McLEOD & NELSON, LLP
   Anthony S. Petru, Esq., State Bar No. 91399
8  John Furstenthal, Esq., State Bar No. 208996
   petru@hmnlaw.com / furstenthal@hmnlaw.com
9  350 Frank H. Ogawa Plaza, 4th Floor
   Oakland, CA 94612-2006
10 Telephone: (510) 451-6732
   Facsimile:  (510) 465-7023
11
   Attorneys for Plaintiff
12 FRANK MAHAR

13
                    IN THE UNITED STATES DISTRICT COURT
14
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16
17 FRANK MAHAR,                          ) Case No. C 09-00357 CRB
                                         )
18         Plaintiff,                    )
                                         ) STIPULATION TO CONTINUE
19    vs.                                ) INITIAL CASE MANAGEMENT
                                         ) CONFERENCE
20 BNSF RAILWAY CORP., a corporation; and)
   DOES 1-30,                            )
21                                       )
           Defendants.                   )
22 _____)

23

24         COME NOW plaintiff FRANK MAHAR and defendant BNSF RAILWAY

25 CORPORATION who hereby enter into the following stipulation:

26         IT IS HEREBY STIPULATED THAT:

27         1.      The Initial Case Management Conference is set for May 8, 2009. The parties hereby

28 stipulate to continue the Initial Case Management Conference to June 26, 2009.

1
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

2. Good cause exists for entering into this Stipulation, because John Furstenthal, attorney for plaintiff Mahar, is engaged in back-to-back trials: *Weaver vs. BNSF,* Contra Costa County Superior Court, Case No. MSC07-00524, Department 7, before The Honorable Barry Baskin. The *Weaver* trial commenced on Monday, April 27, 2009 and is expected to continue through May 13, 2009. Plaintiff's counsel's other trial is scheduled to commence on May 6, 2009, *Brian Williams vs. Union Pacific Railroad, et al.,* Los Angeles County Superior Court, Central District, Case No. BC378409, Department 52, before The Honorable Susan Bryant-Deason. Judge Bryant-Deason is aware of the *Weaver* trial and has ordered that plaintiff's co-counsel, Victor Russo, start the *Williams* trial as schedule, with the understanding that plaintiff's counsel, John Furstenthal, will join the *Williams's* trial at or around May 13th or 14th. The *Williams* trial is anticipated to last through and including May 22, 2009. In addition, Thomas Cregger, attorney for defendant BNSF is engaged in a trial in the Alameda County Superior Court, *Kimberly Williams v. Union Pacific Railroad Co.,* Case No. RG06251955. This trial commenced on April 27, 2009, and is anticipated to last for six weeks. Because of the extensive preparation required for these lengthy trials, and the extended time away from counsel's respective offices to conduct these trials, counsel have been unable to jointly prepare the Case Management Statement and to exchange their Rule 26 disclosures in order to be fully prepared for the Initial Case Management Conference as presently set.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 1, 2009 | RANDOLPH CREGGER & CHALFANT LLP |
| | By: /s/ THOMAS A. CREGGER |
| | THOMAS A. CREGGER |
| | Attorneys for Defendant BNSF |
| | RAILWAY CORPORATION |
| | |
| Dated: May 1, 2009 | HILDEBRAND, McLEOD & NELSON, LLP |
| | By: /s/ JOHN FURSTENTHAL |
| | JOHN FURSTENTHAL |
| | Attorneys for Plaintiff FRANK MAHAR |

## ORDER

After consideration the Stipulation by and between the parties, through their counsel of record, **IT IS HEREBY ORDERED:**

1. That the May 8, 2009, Initial Case Management Conference is continued to **Friday, June 26, 2009**; and

2. That the parties' last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement is **Friday, June 19, 2009.**

Dated: _____    _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*