```
RANDOLPH CREGGER & CHALFANT LLP
THOMAS A. CREGGER, ESQ., State Bar No. 124404
tac@randolphlaw.net
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124
```

Attorneys for Defendant BNSF RAILWAY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MAHAR,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BNSF RAILWAY CORP., a corporation; and DOES 1-30,<br><br>            Defendants.<br>_____/ | No.  C 09-00357 CRB<br> ORDER APPROVING<br>**REQUEST FOR TELEPHONIC APPEARANCE** |

COME NOW Counsel for BNSF Railway Corp., and requests to appear via telephone at the Second Case Management Conference on September 25, 2009.

Dated: September 23, 2009            RANDOLPH CREGGER & CHALFANT LLP

/s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendant BNSF RAILWAY CORP.

**IT IS SO ORDERED**

Dated: September 23, 2009

_____
JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*