Anthony S. Petru, Esq., State Bar No. 91399
John Furstenthal, Esq., State Bar No. 208996
HILDEBRAND, McLEOD & NELSON, INC.
The Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
FRANK MAHAR

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| FRANK MAHAR,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a corporation; and DOES 1-30,<br><br>    Defendant.<br>_____ | CASE NO. . C09-00357 CRB<br>ORDER APPROVING<br>**PLAINTIFF'S REQUEST TO MAKE COURTCALL APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:  September 25, 2009<br>Time:  8:30 a.m.<br>Crtrm.:  8<br><br>**TRIAL:**  Not Assigned |

Counsel for plaintiff FRANK MAHAR, requests that the Court allow him to appear by telephone, via CourtCall, at the Further Case Management Conference currently scheduled on Friday, September 25, 2009 at 8:30 a.m.

DATED: September 23, 2009            HILDEBRAND, McLEOD & NELSON, INC.


By_____/s/ John Furstenthal_____
    JOHN FURSTENTHAL, ESQ.
    Attorneys for Plaintiff
    FRANK MAHAR

**IT IS SO ORDERED:**

ENTERED this ___23___ day of September, 2009.

_____
THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court

[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]

Plaintiff's Request for CourtCall Appearance         1
3:09-cv-357