1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

11  FRANK MAHAR,                                    No. C 09-00357 CRB

12          Plaintiff,                             **ORDER DENYING MOTION TO
                                                   STRIKE AND RESETTING HEARING**
13      v.

14  BNSF RAILWAY CORP.,

15          Defendant.
                                          /
16

17          The Court is in receipt of Defendant BNSF Railway Corp.'s Motion to Strike Plaintiff's

18  Opposition, as well as Plaintiff's response thereto. Defendant argues that Plaintiff's Opposition was

19  filed three days late, and asks that it be struck, or that the hearing be reset. Plaintiff responds that its

20  filing was proper under Fed. R. Civ. P. 6(a)(1)(C), though adds that it is willing to stipulate to a

21  reasonable extension of time. Having carefully reviewed the parties' filings and the applicable rules,

22  the Court hereby DENIES the Motion to Strike. However, for the Court's own scheduling purposes,

23  the motion hearing currently set for January 15, 2010 is hereby VACATED and RESET for

24  February 12, 2010 at the same time.

25          **IT IS SO ORDERED.**

26

27  Dated: January 5, 2010                         CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE
28

G:\CRBALL\2009\357\order denying motion to strike.wpd